347 A.2d 485

**COMMONWEALTH of Pennsylvania**

v.

**Arthur CRAWFORD, Appellant.**

Supreme Court of Pennsylvania.

Nov. 26, 1975.

John David Egnal, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Bonnie B. Leadbetter, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.